UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| Daniel Elex, | Case No. 12-cv-03206 ADM/JJK |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S EXHIBIT LIST** |
| Jeremy Halek, | |
| Defendant. | |

| PRESIDING JUDGE<br>Honorable Ann D. Montgomery | PLAINTIFF'S ATTORNEY<br>Tim M. Phillips  3249 Hennepin Ave. S. Suite 216<br>(612) 486-5540  Minneapolis MN 55406 | DEFENDANT'S ATTORNEY<br>Jason M. Hiveley  9321 Ensign Ave. S<br>(952) 548-7209  Bloomington, MN 55438 |
|---|---|---|
| TRIAL DATE (S)<br>September 15, 2014 | COURT REPORTER<br>Tim Willette | COURTROOM DEPUTY<br>Gertie Simon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/15 | ✓ | ✓ | Hennepin County Sheriff booking photo of Daniel Elex (June 15, 2007) |
| 2 | | | | | Affidavit of Daniel Elex (January 17, 2012) under 801(d)(1)(B) |
| 3 | | 9/15 | ✓ | ✓ | North Memorial Health Care Medical / Billing Records (June 15, 2007) —17 pgs |
| 4 | | | | | Squad car video and audio |
| 5 | | | | | Brooklyn Park Police Department Vehicle Pursuit Directive |
| 6 | | | | | Brooklyn Park Police Department Canine Unit Directive |
| 7 | | | | | Brooklyn Park Police Department Use of Force Directive |
| 8 | | | | | Brooklyn Park Police Department Alternative Tactics Reporting Form |
| 9 | | | | | Curriculum Vitae of Dr. Matthew J. Stiehm |
| 10 | | | | | Defendant's Answers to Plaintiff's Interrogatories (Set Two) |
| 11 | | | | | Defendant's Answers to Plaintiff's Interrogatories (Set One) |

Dated: September 2, 2014

    s/ *Tim M. Phillips*
Tim M. Phillips (#390907)
tphillips@jrwilliamslaw.com
Joshua R. Williams (#389118)
jwilliams@jrwilliamslaw.com
3249 Hennepin Avenue S, Suite 216
Minneapolis, Minnesota 55408
(612) 486-5540
(612) 605-1944 Facsimile

**ATTORNEYS FOR PLAINTIFF**


SCANNED SEP 17 2014 U.S. DISTRICT COURT MPLS