UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Elex,

    Plaintiff,

vs.

        **VERDICT**
        Court File No. 12-cv-3206 ADM/JJK

Jeremy Halek,

    Defendant.

---

## SPECIAL VERDICT FORM

---

    We, the Jury in the above-titled matter, find by the greater weight of the evidence, that Defendant Jeremy Halek ___did not___ (did/**did not**) use excessive force against Plaintiff Daniel Elex.

*[If the jury concludes that Defendant Halek **did not use** excessive force, skip the following questions relating to damages and have the foreperson sign and date the special verdict form.]*

    We the jury find the following answers to the questions submitted to us by the Court:

1. What amount of money will fairly and adequately compensate Plaintiff Daniel Elex for damages caused by the Defendant:

    $ _____ (state the amount, or if you find that the Plaintiff's damages have no monetary value, state the nominal amount of $1.00).

SCANNED
SEP 17 2014
U.S. DISTRICT COURT MPLS

2. We assess punitive damages against Defendant Jeremy Halek as follows:

   $ _____ (state the amount, or, if none, write the word "none")

_____<br>PRESIDING JUROR

Dated: 9/16/14